IN THE COURT OF APPEALS OF THE NAVAJO NATION

WINDOW ROCK, NAVAJO NATION (ARIZONA)

| | | |
|---|---|---|
| The Navajo Nation, | ) | No.: A-CR-06-77 |
| | ) | |
| Respondent, | ) | ORDER DISMISSING PETITON |
| | ) | FOR WRIT OF MANDAMUS |
| vs. | ) | |
| | ) | |
| Ambrose Lewis, C#400, 834 | ) | |
| Petitioner | ) | |
| | ) | |

The Petition for a Writ of Mandamus having been considered by the Court, the Court finds:

1. The Shiprock District Court has granted a change in venue in the above-entitled action.

2. The relief prayed for by the petitioner has been completely granted by the district court.

Therefore, the Petition for a Writ of Mandamus is DISMISSED.

Dated this 22nd day of November, 1977.


Virgil L. Kirk, Sr.

Chief Justice of the Navajo Nation